UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _21-80178-Cr-Marra/Matthewman_

IN RE: SEALED INDICTMENT

_____/

FILED BY____TM____D.C.

**Nov 4, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## SEALING ORDER

**THIS CAUSE** is before the Court on the Government's Motion to Seal.   The Court being

advised in its premises, and good cause having been shown, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED,** and the Clerk of Court

shall seal the Indictment returned in this matter until the first defendant is arrested, at which time

it shall be deemed unsealed, or until further Order of the Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of

November, 2021.

**BRUCE E. REINHART**
**UNITED STATES MAGISTRATE JUDGE**

cc: AUSA John C. McMillan