UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____21-80178-Cr-Marra/Matthewman_____

21 U.S.C. § 846
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 1951(a)

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER MICHAEL FRANTANTONI,
APRIL ROSE FRANTANTONI,
JONATHAN PAUL BONANNO,
BRADLEY ALAN BRODER, and,
KYLE EDWIN FIRESTONE,

                              Defendants.
_____/

FILED BY_____TM_____D.C.

Nov 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

From on or about March 31, 2019, through on or about September 17, 2019, in

Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER MICHAEL FRANTANTONI,**
**APRIL ROSE FRANTANTONI,**
**JONATHAN PAUL BONANNO,**
**BRADLEY ALAN BRODER,**
**and,**
**KYLE EDWIN FIRESTONE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other,

and others known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **CHRISTOPHER MICHAEL FRANTANTONI, and APRIL ROSE FRANTANTONI,** it is further alleged that the controlled substance involved in the conspiracy attributable to each defendant, as a result of his/her own conduct, and the conduct of other conspirators reasonably foreseeable to him/her is one-hundred (100) kilograms or more of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B); and

With respect to the defendants, **JONATHAN PAUL BONANNO, BRADLEY ALAN BRODER, and, KYLE EDWIN FIRESTONE,** it is further alleged that the controlled substance involved in the conspiracy attributable to each defendant, as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is fifty (50) kilograms or more of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2

From on or about June 23, 2019, through on or about June 24 , 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER MICHAEL FRANTANTONI,**
**APRIL ROSE FRANTANTONI,**
**JONATHAN PAUL BONANNO,**
**BRADLEY ALAN BRODER,**
**and,**
**KYLE EDWIN FIRESTONE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to obstruct, delay, and affect interstate

2

commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others both known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant and other conspirators did plan to take marijuana and property from the possession of a marijuana dealer by means of actual and threatened force, violence, and fear of injury to said person; in violation of Title 18, United States Code, Section 1951(a).

## COUNT 3

On or about June 24, 2019, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER MICHAEL FRANTANTONI,**
**APRIL ROSE FRANTANTONI,**
**JONATHAN PAUL BONANNO,**
**BRADLEY ALAN BRODER,**
**and,**
**KYLE EDWIN FIRESTONE,**

did knowingly use and carry a firearm during and in relation to, and knowingly possess a firearm in furtherance of, a felony drug trafficking crime prosecutable in a court of the United States, that is,  a violation  of Title 21, United States Code, Sections  841(a)(1) and  846, as set forth in Count 1 of this Indictment; in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

3

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## COUNT 4

From on or about September 16, 2019, through on or about September 17, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**CHRISTOPHER MICHAEL FRANTANTONI,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant and other conspirators did plan to take marijuana and property from the possession of a marijuana dealer by means of actual and threatened force, violence, and fear of injury to said person; in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Christopher Michael
FRANTANTONI, et al

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

☐ Miami  ☐ Key West  ☐ FTL
☑ WPB   ☐ FTP

New defendant(s)  ☐ Yes  ☑ No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____
   List language and/or dialect _____

4. This case will take **5-6** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I     0 to 5 days      ☐
   II    6 to 10 days     ☑
   III   11 to 20 days    ☐
   IV    21 to 60 days    ☐
   V     61 days and over ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No** _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

John McMillan
Assistant United States Attorney
Court ID No.        8055228

*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendants' Names: <u>Christopher Michael FRANTANTONI</u>

Case No.: _____

## Count # 1
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Marijuana)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846

**Max. Penalty**: 5 year mandatory minimum, to 40 years' imprisonment; $1,000,000 fine;
4-year to life term of supervised release; and, a $100.00 special assessment.

## Count # 2
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Sections 1951(a)

**Max. Penalty**: 20 years' imprisonment; $250,000 fine; 3-year term of supervised
release: and, a $100.00 special assessment.

## Count # 3
Use and Carrying of a Firearm During and in Relation to, and Possession of a Firearm
in Furtherance of, a Federal Drug Trafficking Crime (Brandishing)
Title 18, United States Code, Sections 924(c)(1)(A), and 2

**Max. Penalty**: 7-year mandatory minimum sentence of imprisonment to maximum life
term of imprisonment, consecutive to any penalty imposed upon Count 1; maximum fine
of $250,000 fine; 5 years' supervised release: and, a $100 special assessment.

## Count # 4
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Sections 1951(a)

**Max. Penalty**: 20 years' imprisonment; $250,000 fine; 3-year term of supervised
release: and, a $100.00 special assessment.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendants' Names: <u>April Rose FRANTANTONI</u>

Case No.: _____

## **Count # 1**
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Marijuana)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846

**Max. Penalty**: 5 year mandatory minimum, to 40 years' imprisonment; $1,000,000 fine;
4-year to life term of supervised release; and, a $100.00 special assessment.

## **Count # 2**
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Sections 1951(a)

**Max. Penalty**: 20 years' imprisonment; $250,000 fine; 3-year term of supervised
release: and, a $100.00 special assessment.

## **Count # 3**
Use and Carrying of a Firearm During and in Relation to, and Possession of a Firearm
in Furtherance of, a Federal Drug Trafficking Crime (Brandishing)
Title 18, United States Code, Sections 924(c)(1)(A), and 2

**Max. Penalty**: 7-year mandatory minimum sentence of imprisonment to maximum life
term of imprisonment, consecutive to any penalty imposed upon Count 1; maximum fine
of $250,000 fine; 5 years' supervised release: and, a $100 special assessment.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendants' Names:   Jonathan Paul BONANNO

Case No.: _____

**Count # 1**
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Marijuana)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846

**Max. Penalty**: 20 years' imprisonment; $1,000,000 fine; 3-year to life term of supervised release; and, a $100.00 special assessment.

**Count # 2**
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Sections 1951(a)

**Max. Penalty**: 20 years' imprisonment; $250,000 fine; 3-year term of supervised release: and, a $100.00 special assessment.

**Count # 3**
Use and Carrying of a Firearm During and in Relation to, and Possession of a Firearm in Furtherance of, a Federal Drug Trafficking Crime (Brandishing)
Title 18, United States Code, Sections 924(c)(1)(A), and 2

**Max. Penalty**: 7-year mandatory minimum sentence of imprisonment to maximum life term of imprisonment, consecutive to any penalty imposed upon Count 1; maximum fine of $250,000 fine; 5 years' supervised release: and, a $100 special assessment.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendants' Names: __Bradley Alan BRODER_____

Case No.: _____

## Count # 1
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Marijuana)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846

**Max. Penalty**: 20 years' imprisonment; $1,000,000 fine; 3-year to life term of supervised release; and, a $100.00 special assessment.

## Count # 2
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Sections 1951(a)

**Max. Penalty**: 20 years' imprisonment; $250,000 fine; 3-year term of supervised release: and, a $100.00 special assessment.

## Count # 3
Use and Carrying of a Firearm During and in Relation to, and Possession of a Firearm in Furtherance of, a Federal Drug Trafficking Crime (Brandishing)
Title 18, United States Code, Sections 924(c)(1)(A), and 2

**Max. Penalty**: 7-year mandatory minimum sentence of imprisonment to maximum life term of imprisonment, consecutive to any penalty imposed upon Count 1; maximum fine of $250,000 fine; 5 years' supervised release: and, a $100 special assessment.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendants' Names:  Kyle Edwin FIRESTONE

Case No.: _____

## Count # 1
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Marijuana)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846

**Max. Penalty**: 20 years' imprisonment; $1,000,000 fine; 3-year to life term of supervised release; and, a $100.00 special assessment.

## Count # 2
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Sections 1951(a)

**Max. Penalty**: 20 years' imprisonment; $250,000 fine; 3-year term of supervised release: and, a $100.00 special assessment.

## Count # 3
Use and Carrying of a Firearm During and in Relation to, and Possession of a Firearm in Furtherance of, a Federal Drug Trafficking Crime (Brandishing)
Title 18, United States Code, Sections 924(c)(1)(A), and 2

**Max. Penalty**: 7-year mandatory minimum sentence of imprisonment to maximum life term of imprisonment, consecutive to any penalty imposed upon Count 1; maximum fine of $250,000 fine; 5 years' supervised release: and, a $100 special assessment.