United States District Court
Southern District of Florida
# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*\*\*No Interpreter Req'd*

**DEFT:** JONATHAN PAUL BONANNO (J)  (Deft to appear via Zoom w/WPB USMs cell block)

**CASE NO:** 21-80178-CR-MARRA

**AUSA:** John McMillan *present*   **ATTORNEY:** Michael Mirer (Temporary) *present*

**AGENT:** Rick Silva, TFO- DEA   **VIOL:** 21:841(a)(1); 21:846 and 18:1951(a)

**PROCEEDING:** Initial Appearance on Sealed Indictment   **BOND REC:** PTD   **SET:**

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or _____ x's a week/month  by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

*Deft present via Zoom video conference from cell block and advised of Sealed Indictment*

*Court explains rights to appear in person for all criminal proceedings -however due to COVID-19 pandemic, Deft may waive such right. Court finds Deft knowingly and voluntarily waives his right to appear in person and hereby consents to appearance by use of video teleconferencing re: Initial Appearance pursuant to the Federal Rules of Criminal Procedure*

*Note: Government counsel, USPO Claire Spille and Defense counsel all appeared via Zoom using both audio and video functions*

*Court reviews charging document via Zoom shared screen function and enters Due Process Protections Act advisement*

*Government recommends PTD and requests 3 days to prepare*

*Court grants Defense counsel request for Report Re: Counsel, Arraignment and Detention hearing for Wed., 11/24/2021 at 10:00 a.m. before WPB Duty Magistrate Judge*

*Court orders Defendant temporary detained as risk of flight and danger to community*

**DISPOSITION:** I/A;RRC,Arr&PTDHrngset

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

Inquiry Re:Counsel, PTD Hearing and Arraignment set:   11/24/2021   WPB Duty Magistrate Judge   WPB Federal Courthouse

DATE: 11/18/2021 START TIME: 10:00  A.M.  Time in Court:  25  Minutes  Zoom recording  @ START: 10.49    END: 11.14