UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80178-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JONATHAN P. BONNANO,
    Defendant.
_____/

## TEMPORARY NOTICE OF APPEARANCE

The undersigned attorney hereby files this temporary notice of appearance as counsel on behalf of the Defendant, JONATHAN P. BONNANO, in the above-styled case and requests that copies of any and all pleadings, notices, correspondence or any other matters pertaining to this cause be directed to him on behalf of the Defendant.

This appearance is limited to representation before the District Court for bond hearing purposes only.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: The Office of the United States Attorney this 18th day of November 2021.

Respectfully submitted,

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No. 0119490
100 Biscayne Blvd, Suite 1300
Miami, FL 33132
Tel.: 305-536-6177
Fax: 305-536-6179