UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80178-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JONATHAN P. BONNANO,
    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The Defendant, JONATHAN P. BONNANO ("Bonnano"), by and through the undersigned counsel, respectfully files this Unopposed Motion for Motion to Modify Bond Conditions and states as follows:

1. On November 24, 2021 Bonnano was released on 250k Corporate surety bond signed by himself and 500k personal surety bonds co-signed by his parents and friend.

2. Bonnano was given the following conditions of release with active GPS monitoring and curfew from 10:00 PM to 5:00 AM: surrender all passports and travel documents, report to pre-trial services as directed, submit to substance abuse testing and/or treatment, refrain from excessive alcohol use or use of a narcotic drug or other controlled substance, maintain employment, avoid contact with victims and witness, not possess any weapons, not sell any real property owned until bond is discharged, avoid use of marijuana unclouding medical marijuana, seek and obtain a Florida driver's license, and permitted to travel to and from the Southern District of Florida.

3. Bonnano seeks to travel to Canton, Georgia from December, 23 2021 through January 3, 2022 to visit his parents for the holidays. He will be residing with his parents during his stay at: 709 Paint Horse Drive, Canton, Georgia 30115.  Bonnano agrees to abide by the same conditions of release while in Georgia.

4. Undersigned counsel contacted Assistant United States Attorney, John McMillan, who indicated that he does not object to this Motion. Pre-Trial Officer Mark Delesdernier indicated he will adopt the same position as the Assistant United States Attorney.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant the Defendant's Unopposed Motion to Modify Bond Conditions and enter an Order in accordance herewith.

Respectfully submitted,

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No.  0119490
Attorney for the Defendant
100 Biscayne Blvd
Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **John McMillan, Assistant United States Attorney** on this 8th day of December, 2021.

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80178-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,
        Plaintiff,
v.

JONATHAN P. BONNANO,
        Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Unopposed Motion to Modify Bond Conditions and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion to Modify Bond Conditions is hereby_____.

The Defendant's bond conditions are hereby modified so that he may be able to travel to Canton, Georgia from December, 23 2021 through January 3, 2022.

**DONE AND ORDERED** in Miami, FL, this _____ day of _____ 2021.

_____
THE HONORABLE WILLIAM MATTHEWMAN
U.S. DISTRICT COURT JUDGE

cc:    Michael Mirer, Esq.
        John McMillan, AUSA